# CASES

IN THE

# APPELLATE COURTS OF ILLINOIS.

FIRST DISTRICT—OCTOBER TERM, 1881.

DENNIS O'CONNOR*

v.

NELSON MORRIS.

INSURANCE—INDIVIDUAL LIABILITY OF STOCKHOLDER.—The questions in these cases are the same that were decided in Shufeldt v. Carver et al. 8 Bradwell, 545.

ERROR to the Superior Court of Cook county; the Hon. JOSEPH E. GARY, Judge, presiding. Opinion filed November 11, 1881.

Messrs. SHUFELDT & WESTOVER, for plaintiffs in error.

PER CURIAM. The questions arising in these cases are precisely identical with those decided at the last term of this court in Shufeldt v. Carver, 8 Bradwell, 545, and Fogg v. Sidwell, Id: 551. Upon the authority of those cases and of the decisions of the Supreme Court there cited, these judgments must be reversed, and the causes remanded to the superior court for further proceedings.

Judgments reversed.

*And eight other cases.